IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED
NOV 17 2026
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
E. ST. LOUIS OFFICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 26-30151-NJR |
| | ) | |
| NICHOLAS N. NIKIFORAKIS, | ) | Title 18, |
| | ) | United States Code, |
| Defendant. | ) | Sections 1791(a)(2) and (b)(3) |

# INDICTMENT

THE GRAND JURY CHARGES:

## COUNT 1
POSSESSION OF CONTRABAND IN PRISON

On or about August 24, 2026, in Bond County, within the Southern District of Illinois,

**NICHOLAS N. NIKIFORAKIS,**

defendant herein, an inmate of FCI-Greenville, a Federal correctional, detention, and penal facility, did knowingly possess a prohibited object, to wit: a weapon, in violation of Title 18, United States Code, Sections 1791(a)(2) and (b)(3).

[redacted]

Digitally signed by STEVEN WEINHOEFT
Date: 2026.11.14 17:40:54 -06'00'

STEVEN D. WEINHOEFT
United States Attorney

MADALYN J. CAMPBELL
Assistant United States Attorney

Recommended Bond: Detention